155 A.3d 898

## MUA

v.

## BD. OF EDUCATION OF PRINCE GEORGE'S CO.

### Pet. Docket No. 588, Sept. Term, 2016

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 356, Sept. Term, 2014).

Petition for writ of certiorari denied

■

155 A.3d 898

## PINEY ORCHARD COMM. ASS'N

v.

## MD. DEPT. OF THE ENVIRONMENT

### Pet. Docket No. 553, Sept. Term, 2016

Court of Appeals of Maryland.

March 27, 2017

Petition for writ of certiorari denied